AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| John F. Vandry | )  Case No: 8:10cr306 |
| | )  USM No: 20839-047 |
| Date of Original Judgment: 03/04/2011 | ) |
| Date of Previous Amended Judgment: | )  Jeffrey L. Thomas |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   151   months **is reduced to**   130 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/04/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   09/17/2015

_____
*Judge's signature*

Effective Date:   11/02/2015
*(if different from order date)*

Joseph F. Batillon, Senior United States District Judge
*Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: John F. Vandry

CASE NUMBER: 8:10cr306

DISTRICT: District of Nebraska

**I.  COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 29          Amended Total Offense Level: 27
Criminal History Category: VI             Criminal History Category: VI
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 130 to 162 months

**II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

**III.  ADDITIONAL COMMENTS**

Sentenced reduced pursuant to joint stipulation of the parties, Filing No. 36. The defendant's sentence is reduced by 21 months.